NO. 07-10-00109-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

NOVEMBER 28, 2011

HAROLD F. EGGERS, JR., APPELLANT

v.

JOHN TOWNES VAN ZANDT, II, WILLIAM VINCENT VAN
ZANDT, K. B. V. Z., A MINOR, BY AND THROUGH HER
NEXT FRIEND, JEANENE VAN ZANDT, JEANENE VAN
ZANDT AND TVZ RECORDS, LLC, APPELLEES

FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY;

NO. D-1GN-06-001169; HONORABLE GISELA D. TRIANA-DOYAL, JUDGE

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant Harold F. Eggers, Jr. has filed a motion to dismiss this appeal. No decision of this court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. Tex. R. App. P. 42.1(a)(1). No motion for rehearing will be entertained and our mandate will issue forthwith.

James T. Campbell
Justice